IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN BUTLER, III,  ) | |
| BOP Reg. #16570-003  ) | |
|   ) | |
|   Movant,  ) | |
|   ) | |
| vs.  ) | CIVIL ACTION NO. 21-232-CG-N |
|   ) | CRIM. ACTION NO. 16-202-CG-N |
| UNITED STATES OF AMERICA,  ) | |
|   ) | |
|   Respondent.  ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 51[1]) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated November 30, 2021, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Movant Albert Butler, III's "Motion to Withdraw 2255" received August 2, 2021 (Doc. 47), is **GRANTED**, and that his "Motion to reconsider Arrest, Vacate & Set aside a sentence Due to Change of Law" dated February 28, 2021 (Doc. 44), accordingly be **TERMINATED as withdrawn**.

---

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

The Clerk of Court is **DIRECTED** to close the above-numbered civil action in conjunction with this order.

**DONE and ORDERED** this 27th day of December, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE